AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ADAM LONG**

**CRIMINAL COMPLAINT**

CASE NUMBER:

*(Name and Address of Defendant)*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 8, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, *(Track Statutory Language of Offense)*

knowingly travel into the District of Columbia from the State of Maryland for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C. 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

in violation of Title __18__ United States Code, Section(s) __2423(b)__.

I further state that I am __DETECTIVE TIMOTHY PALCHAK__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**     ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                                     City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer

**STATEMENT OF FACTS**

On Friday, December 8, 2006, Detective Palchak (MPD) was acting in an undercover capacity as part of a multi- jurisdictional Internet Crimes Against Children (ICAC) Task Force.  Detective Palchak was operating out of a Satellite Office in Washington, DC.  On Thursday, December 8, 2006, an individual using the screen name "bamaer@verizon.net" initiated contact with Detective Palchak who was using the screen name "lilmandygrl_dc".  Detective Palchak identified himself as a fourteen year-old female residing in the District of Columbia.  The defendant who was using the screen name "bamaer@verizon.net" identified himself as a twenty six year-old male who resides in Arlington, Virginia. During the course of the conversation Detective Palchak send the defendant a picture via Yahoo Instant Messenger of a young female child wearing a bathing suit standing in a swimming pool.  The defendant did not send a photograph but described himself as a white male with brown hair and blue eyes 6'0" tall.  Further, the defendant added me to his Yahoo "buddy list" which revealed a second screen name of Adam Long that the defendant also uses.

The defendant initiated three conversations in a private Yahoo chat room.  The first two chats started on Thursday, December 7, 2006 at 1854 hours and ended at 1927 hours.  The second conversation (12/07/06) started at 2002 and ended at 2020.  The third and final conversation started on Friday, December 08, 2006 at 1704 and ended at 1726.  During the course of the first conversation the defendant ask "lilmandygrl_dc" if she masturbated and what kind of panties she was wearing.  Further, the defendant asked "lilmandygrl_dc" if she would give him head and said "would you let me fuck u hard"  During the second conversation the defendant stated to "lilmandygrl_dc", " would u want me to use a condom, do u spit or swallow", "Will I have to teach u about sex I might make ur pussey hurt".  On Friday, December 08, 2006 the defendant initiated contact with "lilmandygrl_dc" and made arrangements to meet her at the Brookland Metro Station between 1820 and 1830 hours.  The defendant asked "lilmandygrl_dc" on two occasions during the third chat if she was a "Cop".

On Friday, December 08, 2006 at or about 1805 hours, Detective Jonathan Andrews observed a suspect standing at the Brookland Metro matching the description that the defendant provided "lilmandygrl_dc". Detective Andrews along with Detective Miranda stopped the defendant without incident. The defendant told Detective Miranda that his name was Adam Long.

Your affiant knows that sexual intercourse between a person 18 years or older and a child under the age of 16 years who is at least four years younger than the adult with a person constitutes a sexual act that would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

 

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Subscribed and sworn to before me this _____ day of December, 2006.

_____
U.S. MAGISTRATE JUDGE