AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF ___Washington DC___

UNITED STATES OF AMERICA

v.

Adam Long

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 06-505

**FILED**

DEC 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __ADAM LONG__, charged in a (complaint) (petition) pending in this District with __knowingly travel into the District of Columbia from the State of Virginia for the purposes of engaging in illicit sexual conduct__ in violation of Title __18__, U.S.C., __2423(b)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

12/13/06
Date

_____
Counsel for Defendant