A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America,

       Plaintiff(s)       )   **APPEARANCE**

       vs.       )   CASE NUMBER   1:06-mj-00505-JMF

Adam Long

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  G. Allen Dale  as counsel in this
       (Attorney's Name)

case for:  Adam Long
       (Name of party or parties)

December 15, 2006          _/s/ G. Allen Dale_
Date         Signature

        G. Allen Dale
954537         Print Name
BAR IDENTIFICATION

        601 Pennsylvania Avenue, N.W., Ste. 900, North Building
        Address

        Washington, DC  20004
        City   State   Zip Code

        202-638-2900; (f)-202-783-1654
        Phone Number