2006 FDC 027336      File Date: 12/09/2006   06-505

UNITED STATES Vs. ADAM LONG

aka **ADAM DOMINIC LONG**

PDID #:

Lock up number

**FILED**

DEC 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

12/9/06 NO BOND    C 12/11/06

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### PRISONER TRANSFER REQUEST

Dist Ct    Dist Ct

TO: ☒ Department of Corrections
    ☐ St. Elizabeths Hospital
    ☐ Other: _____

Date Appearance Requested: 12/10/06

RELEASE from your custody the following named Prisoner (s) to be brought to the Superior Court cellblock for the reason (s) indicated:

| CASE NUMBER | NAME OF PRISONER (Last, First, Initial) Show aliases if known | PDID NO. and/or DCDC NO. | REASON PRISONER NEEDED | Per"Eld Itms are to be and |
|---|---|---|---|---|
| — | Long, Adam | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

SIGNATURE OF REQUESTER

OFFICE OF REQUESTER: See above

PHONE NO.: X-1501

PERSON AUTHORIZING RELEASE:

DATE: 12/9/06

Form CD-1047/July 98

• U.S. GPO: 1999-516-00194521

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES                                      TOT
No._____

   Vs.                                             P.D.I.D. No._____

_Long, Adam_____(Defendant)

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _____.

### COMMITMENT/RELEASE

☒ NO BOND
☐ BOND $_____

   Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

   Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

   Name:_____

   Address:_____

   Telephone No._____

DEFENDANT'S NAME:_____--

Address:_____

_____  Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: 12/9/06                    _____
                                  JUDICIAL OFFICER PRESIDING

   white-court              yellow-usao              Pink-defense

CD-3026/Mar. 03

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

**COMPLAINT**

DCTN:
LKUP#
Case #:

**District of Columbia ss:**

**Defendant's Name:** ADAM LONG

(First)     (MI)     (Last)     (PDID)     (CCNO)

**Address:** _____

On or about December 8, 2006, the defendant, Adam Long, traveled from the Commonwealth of Virginia to the District of Columbia for the purpose of engaging in illicit sexual conduct with another person, that is, a sexual act as defined in Title 18, United States Code, Section 2246, with a person under 18 years of age, that would be in violation of Chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States. (Transportation of Minors, Title 18, United States Code, Section 2423(b)).

_____
Affiant's Name

Subscribed and sworn to before me this ___ day of

_____
(Judge)   (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C.3041 forthwith to answer said charge.

Issued _____

Judge - Superior Court of the District of Columbia

Rule 105: [ ] _____
Judge

| Sex: MALE | DOB: | CCN: | PDID: 593-710 |
|---|---|---|---|
| Papering Officer: MIGUEL MIRANDA | | | Badge No.: D2-80 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: |
|---|---|
| AUSA Signature: | Fel. I   AFTC   Fel. II<br>[ ]     [ ]     [ ] |

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### UNITED STATES

### VS.

### ADAM LONG

On Friday, December 8, 2006, Detective Palchak (MPD) was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force. Detective Palchak was operating out of a Satellite Office in Washington, DC. On Thursday, December 8, 2006, an individual using the screen name " ,t" initiated contact with Detective Palchak who was using the screen name        . Detective Palchak identified himself as a fourteen year-old female residing in the District of Columbia. The defendant who was using the screen name        identified himself as a twenty six year-old male who resides in Arlington, Virginia. During the course of the conversation Detective Palchak send the defendant a picture via Yahoo Instant Messenger of a young female child wearing a bathing suit standing in a swimming pool. The defendant did not send a photograph but described himself as a white male with brown hair and blue eyes 6'0" tall. Further, the defendant added me to his Yahoo "buddy list" which revealed a second screen name of Adam Long that the defendant also uses.

The defendant initiated three conversations in a private Yahoo chat room. The first two chats started on Thursday, December 7, 2006 at 1854 hours and ended at 1927 hours. The second conversation (12/07/06) started at 2002 and ended at 2020. The third and final conversation started on Friday, December 08, 2006 at 1704 and ended at 1726. During the course of the first conversation the defendant ask                                                            , she was wearing. Further, the defendant asked "                                                            . During the second conversation the defendant stated to '              ", "                                                   ", "Will I                                  ." On Friday, December 08, 2006 the defendant initiated contact with             :" and made arrangements to meet her at the Brookland Metro Station between 1820 and 1830 hours. The defendant asked             two occasions during the third chat if she was a "Cop".

On Friday, December 08, 2006 at or about 1805 hours, Detective Jonathan Andrews observed a suspect standing at the Brookland Metro matching the description that the defendant provided             ,". Detective Andrews along with Detective Miranda stopped the defendant without incident identified him as Adam Long and placed him under arrest.

The defendant waived his Miranda rights and provided a video taped statement. The defendant admitted to the content of the chat and traveling from Arlington Va. Via Metro into Washington, DC for the purpose of meeting             '. The defendant is a citizen of London England. Officer K.Hunger from the London England Embassy was notified post arrest per the request of the defendant.

Page 1 of 2

Based upon the facts as set forth below, I the undersigned affiant submit that there is probable cause to believe that on or about December 8, 2006, the defendant, Adam Long, traveled from the Commonwealth of Virginia to the District of Columbia for the purpose of engaging in illicit sexual conduct with another person, that is, a sexual act as defined in Title 18, United States Code, Section 2246, with a person under 18 years of age, that would be in violation of Chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States. (Transportation of Minors, Title 18, United States Code, Section 2423(b)).

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this 9 day of December, 2006

| MIGUEL MIRANDA | D2-80 | YB | _____ |
|---|---|---|---|
| Police Officer | Badge | District | Deputy Clerk |

Page 2 of 2